**Victor R. HERNESTO, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75620.**

Missouri Court of Appeals, Western District.

April 1, 2014.

Laura Martin, Kansas City, MO, for Appellant.

Karen Kramer, Jefferson City, MO, for Respondent.

Before Division Three: ANTHONY R. GABBERT, P.J., VICTOR C. HOWARD, and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM:

Mr. Victor R. Hernesto appeals the judgment denying a Rule 29.15 post-conviction relief motion. The motion court denied relief on claims of ineffective assistance from trial and appellate counsel.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).